CERTIFICATE/LETTER OF QUALIFICATION -  Court File No. <u>20-5</u>
FOR PROSECUTION OR DEFENSE OF CIVIL ACTION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

<u>**Greensville County**</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on <u>**January 22, 2020**</u>
                                                                                                                                    DATE

<u>**Daniel Thomas Matherly Administrator**</u>                                                  ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

<u>**Lawrence Elridge Matherly Jr**</u>                                                  , deceased, solely for the purpose of prosecution
or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>**$500.00**</u> bond has been posted.

Given under my hand and the seal of this Court on

<u>January 22, 2020</u>
      DATE

                                                                                <u>Linda B. Edwards</u>, Clerk
                                                                        by _Erica M O'Sully_                         , Deputy Clerk

FORM CC-1627 (MASTER) 07/15